UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SANDRA KAFENBAUM, Individually and on behalf of all others similarly situated, Plaintiffs, | : | |
| v. | : | No. 00-413-L |
| GTECH HOLDINGS CORPORATION, WILLIAM Y. O'CONNOR and W. BRUCE TURNER, Defendants. | : | |

**NOTICE OF APPEARANCE**

The undersigned hereby enters his appearance in the above-captioned action as counsel on behalf of the above-named defendants, GTECH Holdings Corporation, William Y. O'Connor, Stephen P. Nowick and Bruce Turner.

GTECH HOLDINGS CORPORATION,
WILLIAM Y. O'CONNOR, STEPHEN P.
NOWICK, and BRUCE TURNER

By their Attorneys,

Raymond M. Ripple (#6489)
Edwards Angell Palmer & Dodge, LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

William H. Paine (admitted pro hac vice)
Vinita Ferrera
John J. Butts
Hale and Dorr LLP
60 State Street
Boston, MA 02109
(617) 526-6000
(617) 526-5000 (fax)

Dated: December 6, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of December, 2005, I caused a copy of the foregoing Notice of Appearance to be mailed by first class mail, postage prepaid, to the following counsel of record:

Barry J. Kusinitz
128 Dorrance Street, Ste. 300
Providence, RI 02903

Richard H. Weiss
Milberg, Weiss Bershad
Hynes & Lerach LLP
One Penn Plaza, 49th Floor
New York, NY 10119

James E. Tullman
Weiss & Yourman
551 Fifth Avenue, Ste. 1600
New York, NY 10176

Stephen Moulton
Moulton & Gans LLP
133 Federal Street
Boston, MA 02110

Raymond M. Ripple



PRV_772472_1/RRIPPLE